No. 82–185. BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, NAACP, ET AL.;

No. 82–246. BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL.; and

No. 82–259. BEECHER ET AL. *v.* BOSTON CHAPTER, NAACP, ET AL. C. A. 1st Cir. Motion of International Association of Fire Fighters, AFL–CIO, for leave to file a brief as *amicus curiae* in No. 82–185 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 679 F. 2d 965.

No. 81–2026. UNCLE BEN'S, INC. *v.* JOHNSON. C. A. 5th Cir. Certiorari denied.

No. 81–2195. KINSEL *v.* WOLFE. Dist. Ct. Hot Springs County, Wyo. Certiorari denied.

No. 81–2258. HELLENIC LINES LTD. *v.* INCORVAIA. C. A. 2d Cir. Certiorari denied.

No. 81–2275. CARDIN *v.* DE LA CRUZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–2280. CALLAWAY *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 81–2303. FABERGE, INC. *v.* CHESEBROUGH-POND'S, INC. C. A. 9th Cir. Certiorari denied.

No. 81–2349. JAPAN LINE, LTD. *v.* TURNER ET AL.; and

No. 82–99. PHILIPPINE PRESIDENT LINES, INC., MANILA *v.* TURNER ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 651 F. 2d 1300.